UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DAVID PARSON,                                  :

                Plaintiff,             :          13cv5745 (WHP) (MHD)

      -against-                                 :          ORDER

PEOPLE OF THE STATE OF NEW YORK
                                                  :
                Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Petitioner pro se David Parson petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction in New York State court. This action was referred to Magistrate Judge Michael H. Dolinger. On December 29, 2014, Magistrate Judge Dolinger issued a report and recommendation (the "Report") recommending that Parson's petition be denied. The Report directed that Parsons file any objections to it within fourteen days. That deadline has passed and Parsons has filed no objections.

        This Court has reviewed Magistrate Judge Dolinger's thorough and well-reasoned Report and finds that it is not facially erroneous. See 28 U.S.C. 636(b)(1). Accordingly, this Court adopts the Report in its entirety and denies Parson's petition. Because Parsons has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not be issued. 28 U.S.C. § 2253(c)(2).

In addition, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444 (1962). The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

DATED: March 24, 2016
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

Magistrate Judge Dolinger

*Counsel of Record:*

David Parson
25 Arden Street
Apt #21
New York NY 10040
*Petitioner, Pro Se*

Michelle Elaine Maerov
Office of the New York State Attorney General
120 Broadway, 24th Fl.
New York, NY 10271
*Counsel for Respondent*